1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    MELANIE L. PROCTOR (CSBN 228971)
     Melanie.Proctor@usdoj.gov
4    Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6730
         FAX: (415) 436-7169
7
     Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12   NEEM AKRAM,                          )   No. C 09-4758 VRW
                                          )
13                    Plaintiff,          )
                                          )
14        v.                              )   **STIPULATED DISMISSAL PURSUANT**
                                          )   **TO FED. R. CIV. P. 41(a)**
15   FRANCIS D. SICILIANO, Officer in     )
     Charge, USCIS San Jose Sub-Office, et al., )
16                                        )
                      Defendants.         )
17   _____ )

18        Plaintiff, by and through his attorneys of record, and Defendants, by and through their

19   attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

20   entitled action without prejudice in light of the fact that the United States Citizenship and

21   Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and will

22   to do so within 30 days of the dismissal of this action.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATED DISMISSAL
No. C 09-4578 VRW

IT IS SO ORDERED

Judge Vaughn R Walker

1    The parties shall bear their own costs and fees.

2    Dated: December 2, 2009                        Respectfully submitted,

3                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
4

5                                                   _____/s/_____
                                                    MELANIE L. PROCTOR[1]
6                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
7

     Dated: December 1, 2009
8

9    _____              _____/s/_____
                                                    ROBERT B. JOBE
10                                                  KATHERINE M. LEWIS
                                                    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.